JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABDUL SAMAD HASHIMI,

    Petitioner,

  v.

KRISTI NOEM, et al.,

    Respondents.

Case No. 5:26-cv-01189-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed April 3, 2026 (ECF No. 17) and the Notice of Compliance filed April 6, 2026 (ECF No. 18),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  April 21, 2026

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE